IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

Dave A. Starcher,

    Plaintiff,

  v.                                Case No. 2:15-cv-3113

Commissioner of
Social Security,

    Defendant.

ORDER

    This matter is before the court for consideration of the October 12, 2016, report and recommendation of the United States magistrate judge to whom this case was referred pursuant to 28 U.S.C. §636(b). The magistrate judge recommended that the case be remanded to the Commissioner pursuant to 42 U.S.C. §405(g), sentence four, for further proceedings.

    The report and recommendation specifically advised the parties that failure to object to the report and recommendation within fourteen days of the report "will result in a waiver of the right to have the district judge review the Report and Recommendation <u>de novo</u>, and also operates as a waiver of the right to appeal the decision of the District Court adopting the Report and Recommendation." Doc. 12, p. 15. The time period for filing objections to the report and recommendation has expired, and no party has objected to the report and recommendation.

    The court adopts the report and recommendation of the magistrate judge (Doc. 12). This case is remanded to the Commissioner pursuant to §405(g), sentence four, for further proceedings in accordance with the report and recommendation. The

clerk shall enter judgment remanding this case to the Commissioner.


Date: November 2, 2016                  s/James L. Graham
                                James L. Graham
                                United States District Judge